### UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

ROBERT PAUL TAYLOR                                             CIVIL ACTION

VERSUS                                                                   NO. 14-1972

NEW ORLEANS POLICE DEPARTMENT -                 SECTION:  "C"(3)
SEVENTH DISTRICT TASK FORCE, ET AL.


### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation filed by Plaintiff, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the "Motion to Dismiss" filed by the New Orleans Police Department - Seventh District Task Force, Rec. Doc. 18, is **GRANTED** and that the claims against that defendant are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the "Motion for Judgment on the Pleadings" filed by plaintiff, Rec. Doc. 27, is **DENIED**.

New Orleans, Louisiana, this 18th day of March, 2015.


_____
**UNITED STATES DISTRICT JUDGE**